Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
Jessica Miller; AZ Bar No. 031005
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com
jmiller@zoldangroup.com

Attorneys for Plaintiff Cassandra Woods

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Cassandra Woods**, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**CRAZYFUNUSA, LLC**, an Arizona limited liability company; **BEG, LLC** an Arizona limited liability company; **Beytullah Aydemir,** an Arizona resident; and **Furkan Beg,** an Arizona resident;<br><br>Defendants. | Case No. 18-2931-PHX-DLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**(Assigned to the Hon. Douglas L. Rayes)** |

Pursuant to F.R.Civ.P. 41(a)(1), Plaintiff Cassandra Woods, by undersigned counsel, hereby gives notice of dismissal with prejudice of the Complaint filed in this action against all Defendants.

RESPECTFULLY SUBMITTED October 24, 2018.

                                  **ZOLDAN LAW GROUP, PLLC**

                    By: /s/ Jason Barrat
                        14500 N. Northsight Blvd, Suite 133
                        Scottsdale, AZ 85260
                        *Attorneys for Plaintiff Cassandra Woods*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2018, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

By: /s/ Ashley Peschke